JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JESUS BLANCO BARRIOS,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>J. DOERER, Warden,<br><br>　　　　Respondent. | Case No. 5:24-cv-01826-TJH (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed with prejudice.

Dated:　August 20, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　TERRY J. HATTER, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1